*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED 07/27/2017
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**No. 17-BS-283**

IN RE: DAVID L. ROSE,

                            Respondent.                    **DDN: 205-16**

**Bar Registration No. 376379**

BEFORE:   Fisher and Easterly, Associate Judges; and Nebeker, Senior Judge.

**A M E N D E D   O R D E R**[*]
(FILED – July 27, 2017)

Upon consideration of the petition of the Board on Professional Responsibility's (the "Board") pursuant to D.C. Bar R. XI, § 13 (c), to suspend respondent indefinitely based on disability, and the Board's motion to file under seal, and it appearing that neither respondent nor Disciplinary Counsel has interposed any objection thereto, it is hereby

ORDERED that the Board's motion to file under seal is granted. It is

FURTHER ORDERED that respondent is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, and any pending matters be held in abeyance pursuant to D.C. Bar R. XI § 13 (g). It is

FURTHER ORDERED that respondent's attention is drawn to requirements of D.C. Bar R. XI, §§ 14 and 16, relating to suspended attorneys. It is

FURTHER ORDERED that respondent shall file an affidavit in compliance with D.C. Bar R. XI, §14 (g) with the Court and the Board and shall serve a copy of the affidavit on Disciplinary Counsel.

PER CURIAM

* This order has been amended to reflect the respondent's full name.